THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM COHEN and HARRY A. VOGELSTEIN, Appellants.

Argued May 22, 1939; decided July 11, 1939.

*I. Gainsburg* for Abraham Cohen, appellant.

*Hyman Vogelstein* for Harry A. Vogelstein, appellant.

*Thomas E. Dewey, District Attorney (Sewell T. Tyng, Stanley H. Fuld* and *Milton Shilback* of counsel), for respondent.

As to each defendant: judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.